```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                          TAMPA DIVISION

THE PRUDENTIAL INSURANCE COMPANY
OF AMERICA,

        Plaintiff,

v.                                 Case No.   8:12-cv-2423-T-33TGW

JOYCE K. MOSCHELLA, STEVEN P.
HAMPSON, TRACEY A. HAMPSON, SEAN
M. HAMPSON, and MEGAN A.
HAMPSON,

        Defendants.
_____/
```

**ORDER**

This matter is before the Court pursuant to Prudential Insurance Company of America's Motion for Interpleader Relief and to Set Aside Clerk's Defaults (Doc. # 21), which was filed on January 23, 2013. The Court grants the Motion.

**Discussion**

Prudential filed this interpleader action on October 25, 2012, naming Joyce K. Moschella, Steven P. Hampson, Tracey A. Hampson, Sean M. Hampson, and Megan A. Hampson as Defendants. (Doc. # 1). Prudential served each Defendant with a copy of the Summons and Complaint. (Doc. ## 5-7, 17-18). Joyce K. Moschella, Tracey A. Hampson and Steven P. Hampson, who are appearing pro se, each responded to the Complaint. (Doc. ## 8-10). When Sean M. Hampson and Megan A. Hampson failed to

respond to the Complaint, Prudential sought and obtained the entry of a Clerk's default as to these Defendants. (Doc. ## 13-16). However, on January 10, 2013, the parties filed the Case Management Report reflecting that the defaulted Defendants participated in the December 27, 2012, case management conference. (Doc. # 19).[1]

On January 16, 2013, the Court entered an Order directing Prudential to deposit the disputed funds into the Court's registry and also indicated that it would favorably consider any motions to set aside the Clerk's default entered against the defaulted Defendants. (Doc. # 20). The Court also noted that it would consider Prudential's Motion for Attorney's fees if filed within ten days of the date of that Order. Last, the Court directed the parties to indicate by February 15, 2013, if they would be interested in participating in a trial or mediation presided over by a Magistrate Judge.

At this juncture, Prudential seeks an Order: "(1) directing the Defendants to interplead their rights to the deposited sum; (2) restraining the Defendants . . . from

---

[1] The Case Management Report reflects that the parties do not plan to engage in discovery beyond providing Rule 26, Fed. R. Civ. P., initial disclosures. In addition, the parties indicate that they are likely to agree to consent to a trial presided over by a Magistrate Judge. (Doc. # 19 at 2-4).

2

instituting any action against Prudential to recover such sum; and (3) discharging Prudential from all liability to the Defendants arising out of the matters herein." (Doc. # 21 at 2). Prudential also seeks an order setting aside the entry of Clerk's default as to Sean M. Hampson and Megan A. Hampson. Prudential notes that it has waived its attorney's fees in this case. Prudential has deposited the funds at issue, which total $16,270.77, into the registry of the Court. (Doc. # 22).

The Court finds it appropriate to grant the Motion. The Court dismisses Prudential from this action as it has deposited the disputed funds into the Court's registry and no longer has an interest in this matter. In addition, the Court sets aside the Clerk's default entered against Sean M. Hampson and Megan A. Hampson. Lastly, the Court takes this opportunity to remind the parties that they are directed to inform the Court, by February 15, 2013, as to whether they are interested in participating in a trial or mediation presided over by a Magistrate Judge.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The Clerk's default entered against Sean M. Hampson and Megan A. Hampson is **SET ASIDE.**

(2) Prudential is dismissed from this action.

3

(3) Defendants are restrained from instituting any action against Prudential to recover the insurance proceeds at issue in this suit. Prudential is discharged from all liability to the Defendants arising out of this suit.

(4) The parties are directed to advise the Court in writing by **FEBRUARY 15, 2013**, if they are interested in participating in a trial or mediation presided over by a Magistrate Judge.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 25th day of January 2013.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All counsel and parties of record

Sean M. Hampson
310 Leafwood Rd.
Tarpon Springs, Florida 34689

Megan A. Hampson
1441 Pine Glen Lane
Building 210 E1
Tarpon Springs, Florida 34688

4