UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THE PRUDENTIAL INSURANCE COMPANY
OF AMERICA,

        Plaintiff,

v.                    Case No.  8:12-cv-2423-T-33TGW

JOYCE K. MOSCHELLA, STEVEN P.
HAMPSON, TRACEY A. HAMPSON, SEAN
M. HAMPSON, and MEGAN A.
HAMPSON,

        Defendants.
_____/

**<u>ORDER</u>**

    Tracey A. Hampson's Request for Trial (Doc. # 25) is before the Court.  She indicates that she consents to a trial presided over by a United States Magistrate Judge.  This Court takes the opportunity to explain that Magistrate Judges are only authorized to preside over civil cases, such as this case, when <u>all</u> of the parties voluntarily consent.  This means that Tracey A. Hampson's request, standing alone, is not sufficient to authorize the Magistrate Judge in this case, Thomas G. Wilson, to exercise jurisdiction over the case.  The parties in this case are Joyce K. Moschella, Steven P. Hampson, Tracey A. Hampson, Sean M. Hampson, and Megan A. Hampson.  In the instance that each party agrees to the jurisdiction of the Magistrate Judge, each party should sign

the Magistrate Judge Consent Form, and the executed Form should be filed with this Court.  The Clerk is directed to furnish a copy of the appropriate Form to the parties.[1]  The parties are not required to consent to the jurisdiction of the Magistrate Judge.[2]  If the parties do not unanimously consent to the jurisdiction of the Magistrate Judge, the undersigned District Judge will continue to preside over this case.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

The Clerk is directed to furnish a Magistrate Judge Consent Form to each party in this case.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 13th day of February 2013.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies: all parties of record

---

[1] The Court previously furnished this Form to the parties as an attachment to the Case Management and Scheduling Order. (Doc. # 24).

[2] The jurisdiction of the Magistrate Judge is explained in Federal Rule of Civil Procedure 73 and 28 U.S.C. § 636(c).